**Eli S. Hart, Appellee, v. John C. Schultz et al., on appeal of John C. Schultz, Appellant.**

**Gen. No. 18,415.**

**Eli S. Hart, Appellee, v. John C. Schultz et al., on appeal of Carrie P. Schultz, Appellant.**

**Gen. No. 18,416.    (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed in part and reversed in part. Opinion filed October 14, 1913.

## Statement of the Case.

Action by Eli S. Hart against John C. and Carrie P. Schultz for an accounting and other relief. From a decree for complainant, defendants appeal.

ROBERT F. KOLB and ROBERT W. DUNN, for appellant.

LOESCH, SCOFIELD & LOESCH, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1093*—*what brief should contain.* Briefs consisting of printed arguments on the facts of a case into which are injected the views of counsel upon the proposition that a construction placed upon a contract by a master and chancellor is erroneous, the position of counsel not being supported by citation of reported decisions do not comply with Appellate Court rule 21.

2. COSTS, § 8*—*when to be taxed against defendant.* Where litigation was due to the failure of a real estate broker to make an accounting of certain transactions and where it appeared that such broker concealed portions of the transactions and deceived the plaintiff, *held* that all the costs of a suit for an accounting and other relief were to be taxed against such broker.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.